Joshua Latron GALLISHAW, Plaintiff–Appellant,

v.

Officer DELOACH; Officer Williamson; Sgt Hicks; Capt Best; Warden Cohen; Major Nln; Sgt Marquez; Sgt Housey; Lt Housey; SCDC Director, and other unknown John Does, Janes Does, individual and official capacity, Defendants–Appellees.

No. 12–6730.

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 20, 2012.

Joshua Latron Gallishaw, Appellant Pro Se. Samuel F. Arthur, III, Aiken, Bridges, Nunn, Elliott & Tyler, PA, Florence, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Latron Gallishaw appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gallishaw v. DeLoach*, No. 9:11–cv–00404–CMC, 2012 WL 831854 (D.S.C. Feb. 16) & (Apr. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*